COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

NO.
2-06-175-CR

                                                


 

KELLY EUGENE SCHMALTZ                                                   APPELLANT

 

                                                   V.

THE STATE OF TEXAS                                                                STATE

                                               ----------

               FROM THE 90TH
DISTRICT COURT OF YOUNG COUNTY

 

                  MEMORANDUM OPINION[1]
AND JUDGMENT

                                               ----------

We
have considered AAppellant=s
Motion To Withdraw Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure. Tex. R.
App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal.  See Tex. R. App. P. 42.2 (a), 43.2(f).                                                                                                                                                                                                                             PER
CURIAM

 

PANEL D:   WALKER, J.; CAYCE, C.J.; and MCCOY, J.

 

DO NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 








DELIVERED: August 3, 2006                                                 











[1]See Tex. R. App. P. 47.4.